IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILLIAMS, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>EMPIRE EQUITY GROUP, INC.;<br>1st METROPOLITAN MORTGAGE CO.;<br>and DOES 1 through 10, inclusive,<br><br>          Defendants. | 2:07-cv-169-GEB-EFB<br><br><br><br><br><br>ORDER |

I am disqualifying myself as the judge to whom this case is assigned, pursuant to 28 U.S.C. § 455(b)(5).  All currently scheduled dates are vacated.  The clerk should randomly reassign this case and make the appropriate adjustments.

IT IS SO ORDERED.

Dated: April 11, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1