UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAMS, on behalf
of himself and all others
similarly situated,

        NO. CIV. S-07-169 LKK/EFB

    Plaintiff,

  v.

        O R D E R

EMPIRE EQUITY GROUP, INC.;
1st METROPOLITAN MORTGAGE
CO.; and DOES 1 through 10,
inclusive,

    Defendants.
_____/

    A status conference was held in chambers on June 25, 2007. After hearing, the court orders as follows:

    1.   A further status conference is set for August 6, 2007 at
        2:30 p.m.

    IT IS SO ORDERED.

    DATED: June 27, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT