1  EDWARD J. WYNNE (SBN 165819)
   WYNNE LAW FIRM
2  100 Drakes Landing Road Ste. 275
   Greenbrae, CA 94904
3  Telephone: (415) 461-6400
   Facsimile: (415) 461-3900
4
   JOSEPH H. MELTZER (*pro hac vice*)
5  GERALD D. WELLS, III (*pro hac vice*)
   ROBERT J. GRAY (*pro hac vice*)
6  SCHIFFRIN BARROWAY
   TOPAZ & KESSLER, LLP
7  280 King of Prussia Road
   Radnor, PA 19087
8  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
9
   Attorneys for Individual and Representative Plaintiffs
10 Patrick Williams and Le Vern Dickson

11 TIMOTHY J. LONG (STATE BAR NO. 137591)
   ALEXANDER M. SPERRY (STATE BAR NO. 205563)
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
13 Sacramento, CA  95814-4497
   Telephone:    916-447-9200
14 Facsimile:    916-329-4900

15 Attorneys for Defendant
   EMPIRE EQUITY GROUP, INC.
16

17

18                    UNITED STATES DISTRICT COURT

19                    EASTERN DISTRICT OF CALIFORNIA

20

21 PATRICK WILLIAMS and LE VERN          Case No.  07-CV-00169-LKK-EFB
   DICKSON, on behalf of themselves and all
22 others similarly situated,            **JOINT STIPULATION AND ORDER
                                         FOR DISMISSAL**
23              Plaintiffs,

24       v.

25 EMPIRE EQUITY GROUP, INC. d/b/a
   FIRST METROPOLITAN MORTGAGE
26 CO.; and DOES 1 through 10, inclusive,

27              Defendants.

28

STIPULATION AND
[PROPOSED] SETTLEMENT AGREEMENT

PDF created with pdfFactory trial version www.pdffactory.com

1

## STIPULATION

2        IT IS HEREBY STIPULATED by and between all parties appearing in this action through

3   their designated counsel that all individual claims of Plaintiffs Patrick Williams and Le Vern

4   Dickson in the above-captioned action be and hereby are dismissed with prejudice, pursuant to

5   Rule 41(a)(1) of the Federal Rules of Civil Procedure.  THE PARTIES FURTHER STIPULATE

6   that all class and representative claims brought on behalf of others similarly situated in the above-

7   captioned action be and hereby are dismissed without prejudice, pursuant to Rule 41(a)(1) of the

8   Federal Rules of Civil Procedure. Each party shall bear their own attorneys' fees and costs.

9

10   Dated:  September 11, 2008          EDWARD J. WYNNE
                                         WYNNE LAW FIRM
11

12                                       JOSEPH H. MELTZER
                                         GERALD D. WELLS, III
13                                       ROBERT J. GRAY
                                         SCHIFFRIN BARROWAY
14                                       TOPAZ & KESSLER, LLP

15

16                                       _____/s/_____
                                              Gerald D. Wells III
17                                       Attorneys for Plaintiffs Patrick Williams
                                              and Le Vern Dickson

18

19   Dated:  September 11, 2008          TIMOTHY J. LONG
                                         ALEXANDER M. SPERRY
20                                       ORRICK, HERRINGTON & SUTCLIFFE LLP

21                                              /s/

22                                       _____
                                              Timothy J. Long
23                                       Attorneys for Defendant
                                         Empire Equity Group, Inc.

24

25

26

27

28

OHS West:260498910.2                              JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
                                                  07-CV-00169-LKK-EFB
                          OHS

PDF created with pdfFactory trial version www.pdffactory.com

1

## <u>ORDER</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated:  September 12, 2008.

5

6

7

LAWRENCE K. KARLTON

8
SENIOR JUDGE
UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260498910.2

OHS

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
07-CV-00169-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com